# EXHIBIT A

To Whom it May Concern,

I am writing this letter in hopes that it will help you to see what kind of person Reginald Lewis is, despite the transgressions that led him to be in this situation.

I have known Reggie his entire life, as his Grandmother, and during these years I have seen many aspects of his personality.  He very kind , compassionate, responsible, and dependable.  As a young child he was always interested in music and singing. As active members of our church our family attends church regularly.  Reggie has a great support system and role models in life who deeply care about him and his future.

Reggie has volunteered and assisted in helping me with acts of service activities, such as painting his school for MLK Day, Feeding to needy alongside the Chicago  Food Depository as well as our churches community outreach programs.  He cares for his family and friends, and is well respected with those who come in contact with him.

The transgression of the crime he is being charged with does not determine the person he will grow to be.  It was only a moment in time that he truly regrets and has learned from.  He is a young man who made a stupid mistake, he has NEVER had any other offences, this was the first and the last.  Sometimes, kids just follow others without considering the consequences.  But, he has learned from his mistake, and as a family we have instilled good moral values in him.

I hope you will consider Reggie's continued efforts in obtaining employment and assisting in community sevice as well as his strong comment to his family.  He is the older brother to a High School Honor Roll sister and an infant brother.  He has a loving and responsible family from his Grand Parents to his Aunts and Uncle.  I can tell you with a doubt that Reginald Lewis is incredibility remorseful for what he has done.

He has expressed this to me through his tears on many occasions and I believe it has been reflected in his efforts to attempt to make amends in any small way he could to the situation as well as to the court.  It was a stupid childish mistake that should not define the rest of his life.  We are a family of faith and under no circumstanced condone his behavior, and as a family we are disappointed, however, we have all done stupid things in our youth that we wish we could take back.

Again, this is the ONLY time has had any issues with the court or law enforcement, he was raised to be respectful of other people's property and authority. Reggie deserves a second chance and I hope you will be so gracious as to grant it to him.  He is a great young man with a lot of growth and maturity to attain, and I believe he can overcome this and move forward and be the awesome young man I know we raised to be.

Thank You Very Much,

Doria J. Scott